## R. S. HAUGH *v.* THE STATE.

REFUSAL TO RENDER TAX LIST.— INDICTMENT for refusing to render a list of property liable to taxation is fatally defective when, as in this case, it fails to allege the year for which the list of the taxable property was required to be made out.

APPEAL from the County Court of Falls. Tried below before the Hon. E. C. STUART, County Judge.

The opinion discloses the nature of the case. The penalty imposed by a verdict of guilty was a fine of $25.

*Oltorf, Holland & Ring*, for the appellant.

*H. Chilton*, Assistant Attorney General, for the State.

HURT, J. The defendant was convicted for refusing to make out and render a list of his property liable to taxation in said county. The indictment nowhere alleges the year for which the list of the defendant's taxable property was required to be made out. This is fatally defective. See this question discussed in *Berry* v. *State*, 10 Texas Ct. App. 315.

The judgment is reversed and the prosecution dismissed.

*Reversed and dismissed.*